IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**HARRY L. GOODRICH**
**and AGNES P. GOODRICH**

Plaintiffs,

v.                                                  **CIVIL ACTION NO.: 4:17-cv-00009-AWA-RJK**

**AIR & LIQUID SYSTEMS**
**CORPORATION, Successor by Merger**
**to BUFFALO PUMPS, INC.., et al.,**

Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs, by counsel, and pursuant to Rule 41(a)(ii) of *The Federal Rules of Civil Procedure*, seek to dismiss, voluntarily and with prejudice, the following named defendants: **GOULDS PUMPS, INC**.

It is the Plaintiffs' intention that this Stipulation of Voluntary Dismissal apply only to the Defendant, **GOULDS PUMPS, INC.,** named in this Stipulation, and the above-captioned action continue as to all remaining Defendants.

There are no pending counterclaims or cross-claims.

All Parties who have appeared in this action stipulate to the voluntary dismissal, with prejudice, of **GOULDS PUMPS, INC.,** as evidenced by the signatures of their respective counsel.

WHEREFORE, the Court hereby grants this Stipulation of Voluntary Dismissal and dismisses, with prejudice, Defendant **GOULDS PUMPS, INC.**

We ask for this:


Erin E. Jewell, Esq. (VSB # 71082)
Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
William W.C. Harty, Esq. (VSB # 45447)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
757.223.4500 Telephone
757.249.3242 Facsimile
pleadings@pwhd.com
wharty@pwhd.com
ejewell@pwhd.com
**Counsel for Plaintiffs**

*We ask for this:*

Steven A. Luxton, Esq.
Christopher Popecki, Esq.
Sherlyn Wiggs, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
*Counsel for Goulds Pumps, Inc.*

*Seen and Agreed:*

Brian J. Schneider, Esq.
Eric G. Reeves, Esq.
Martin A. Conn, Esq.
**MORAN, REEVES & CONN, P.C.**
100 Shockoe Slip, 4th Floor
Richmond, VA  23219
*Counsel for John Crane, Inc.*

*Seen and agreed:*

_____
Jeffrey S. Poretz, Esq.
Carl Schwertz, Esq.
**MILES & STOCKBRIDGE, P.C.**
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102-3833
*Counsel for Air & Liquid Systems Corp.,*
*successor by merger to Buffalo Pumps, Inc.*

*Seen and agreed:*

Christopher J. Wiemken, Esq.
**TAYLOR WALKER, P.C.**
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
*Counsel for Crane Co.*

*Seen and agreed:*

Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
**CLARKE, DOLPH, RAPAPORT, HULL & BRUNICK, PLC**
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
*Counsel for IMO Industries, Inc.*