IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

HARRY L. GOODRICH
and AGNES P. GOODRICH

            **Plaintiffs,**

v.                                         CIVIL ACTION NO.: 4:17-cv-00009-AWA-RJK

AIR & LIQUID SYSTEMS
CORPORATION, Successor by Merger
to BUFFALO PUMPS, INC.., et al.,

            **Defendants.**

## CONSENT ORDER

THIS DAY CAME the Plaintiffs, by counsel, and the Defendants, Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc., Crane Co., IMO Industries, Inc., John Crane, Inc., and Goulds Pumps, by counsel, on their Joint Motion for a Consent Order.

IT APPEARING to the COURT that the parties agree and stipulate to a one week extention for expert reports pursuant to Rule 26(a)(2)(B) and that pursuant to Rule 29 of the Rules of Federal Civil Procedure and Local Rule 26(D), the stipulated request will not interfere with the time for completing discovery, hearing a motion, or for trial, and will not otherwise enlarge the discovery period in this case:

IT IS HEREBY ORDERED that the Parties' Joint Motion is granted and the deadline for expert reports required by Rule 26(a)(2)(B) and this Court's Rule 16(b) Scheduling Order shall be extended by one week to August 28, 2017; and it is further

ORDERED that the deadline for any Rule 702, 703 or 705 reports intended solely to respond to, contradict, or rebut evidence on the same subject matter disclosed by another

party pursuant to paragraph (a)(2)(B) of Rule 26 shall be extended one week to September 12, 2017; and it is further

ORDERED that the deadline for any rebuttal reports by the party bearing the initial burden of proof shall be extended to September 26, 2017.

/s/
Robert J. Krask
United States Magistrate Judge

Dated: August 15, 2017

We ask for this:

Erin E. Jewell, Esq. (VSB # 71082)
Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
William W.C. Harty, Esq. (VSB # 45447)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
757.223.4500 Telephone
757.249.3242 Facsimile
pleadings@pwhd.com
wharty@pwhd.com
ejewell@pwhd.com
**Counsel for Plaintiffs**

*We ask for this:*

[signature]

Brian J. Schneider, Esq.
Eric G. Reeves, Esq.
Martin A. Conn, Esq.
**MORAN, REEVES & CONN, P.C.**
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
*Counsel for John Crane, Inc.*

*We ask for this:*

/s/ Jeffrey S. Poretz

Jeffrey S. Poretz, Esq.
Carl Schwertz, Esq.
**MILES & STOCKBRIDGE, P.C.**
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102-3833
*Counsel for Air & Liquid Systems Corp.,*
*successor by merger to Buffalo Pumps, Inc.*

*We ask for this:*

_____
Christopher J. Wiemken, Esq.
**TAYLOR WALKER, P.C.**
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
*Counsel for Crane Co.*

*We ask for this:*

[signature]

Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
**CLARKE, DOLPH, RAPAPORT, HULL & BRUNICK, PLC**
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
*Counsel for IMO Industries, Inc.*

*We ask for this:*

/s/ Steven A. Luxton

Steven A. Luxton, Esq.
Christopher Popecki, Esq.
Sherlyn Wiggs, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
*Counsel for Goulds Pumps, Inc.*