IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **HARRY L. GOODRICH** and **AGNES P. GOODRICH,** : : : **Plaintiffs,** : : v. : **Civil Action No.: 4:17cv9** : **AIR & LIQUID SYSTEMS CORPORATION,** : *et al.* : **Defendants.** : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the plaintiffs, Harry L. Goodrich and Agnes P. Goodrich [hereinafter "Goodrich"] and the defendant Air and Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc. [hereinafter "Air and Liquid Systems Corporation"], by and through their respective counsel, and represent to the Court that all matters in controversy between Goodrich and Air and Liquid Systems Corporation have been resolved and compromised, and they accordingly stipulate that this action be dismissed pursuant to Federal Rule of Civil Procedure 41, as against Air and Liquid Systems Corporation.  This Joint Stipulation of Dismissal shall apply only to Air and Liquid Systems Corporation.   Each party shall bear its own costs and attorneys' fees in this matter.  This lawsuit shall continue against all other defendants not specifically named herein

Respectfully submitted,

This 29th Day of November, 2017.

s/ Hugh B. McCormick, III, Esq.

Hugh B. McCormick, III, Esq. (VSB #37513)
Robert R. Hatten, Esq. (VSB #12854)
Donald N. Patten, Esq. (VSB #06869)
William W. C. Harty, Esq. (VSB #45447)
Erin E. Jewell, Esq. (VSB #71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue – Suite 300
Newport News, Virginia  23602
*Counsel for Plaintiff*
(757) 223-4500 telephone
(757) 249-3242 facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com

s/ Jeffrey S. Poretz, Esq.

Jeffrey S. Poretz, Esq.
Carl Schwertz, Esq.
MILES & STOCKBRIDGE, P.C.
1751 Pinnacle Drive, Suite 1500
Tysons Corner, VA 22102-3833
*Counsel for Air & Liquid Systems Corp.,*
*successor by merger to Buffalo Pumps, Inc.*
(703) 610-8650 Phone
(703) 610-8686 Fax
(703) 903-9000 Main No.
jporetz@milesstockbridge.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the _29th_ day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>Brian J. Schneider, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219 | *Counsel for John Crane, Inc.* |
| Timothy S. Brunick, Esq.<br>Marilyn Harvey, Esq.<br>**CLARKE, DOLPH, HULL & BRUNICK, PLC**<br>5712 Cleveland St., Ste. 130<br>Virginia Beach, VA 23462<br>(757) 466-0464 Phone<br>(757) 466-0834 Fax<br>tbrunick@clarkedolph.com | *Counsel for IMO Industries, Inc.* |
| Christopher J. Wiemken, Esq.<br>TAYLOR WALKER, P.C.<br>555 E. Main Street, Suite 1300<br>P.O. Box 3490<br>Norfolk, VA 23510<br> (757) 625-7300 Phone<br>(757) 625-1504 Fax<br>cwiemken@taylorwalkerlaw.com | *Counsel for Crane Co.* |

                                          By:_ /s/ Hugh B. McCormick, III_
                                          William W.C. Harty, Esq. (VSB # 45447)
                                          Robert R. Hatten, Esq. (VSB # 12854)
                                          Donald N. Patten, Esq. (VSB # 06869)
                                          Hugh B. McCormick, III, Esq. (VSB # 37513)
                                          Erin E. Jewell, Esq. (VSB # 71082)
                                          F. Alex Coletrane, Esq. (VSB # 78381)
                                          PATTEN, WORNOM, HATTEN &
                                          DIAMONSTEIN, L.C.
                                          12350 Jefferson Avenue, Suite 300
                                          Newport News, VA  23602
                                          757.223.4500  Telephone
                                          757.249.3242  Facsimile
                                          hughmccormick@pwhd.com
                                          pleadings@pwhd.com
                                          *Counsel for Plaintiffs*