IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **HARRY L. GOODRICH** and **AGNES P. GOODRICH**, : : : Plaintiffs, : : v. : **AIR & LIQUID SYSTEMS CORPORATION**, *et al.* : : Defendants. : | Civil Action No.: 4:17cv9 |

## STATUS REPORT OF NEGOTIATED SETTLEMENTS

NOW COMES the Plaintiffs, Harry L. Goodrich and Agnes P. Goodrich, and the Defendants IMO Industries, Inc. and Crane Co., by and through their respective counsel and hereby notify this Court of the status of the settlements that were negotiated between the Plaintiffs and the above-referenced defendants.

On November 20, 2017, the Plaintiffs and settling defendants IMO Industries, Inc. and Crane Co., advised the Court that: 1) All issues between them had been resolved; 2) They anticipated that settlement funds would be paid on or about December 15, 2017; and 3) The parties anticipated being in a position to file Stipulations of Dismissal against IMO Industries, Inc. and Crane Co., on or about January 2, 2018. (See ECF 61).

On December 11, 2017, the Plaintiffs' counsel received a settlement check from Crane, Co. These settlement funds were deposited in the Plaintiffs' counsel's trust account, and the funds will be available for distribution on December 27, 2017, at which time the Plaintiff's and Crane

Co., will file a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

On December 19, 2017, the Plaintiffs' counsel received a settlement check from IMO Industries, Inc. These settlement funds were deposited in the Plaintiffs' counsel's trust account, and the funds will be available for distribution on January 5, 2018, at which time the Plaintiff's and IMO Industries, Inc., will file a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

On November 29, 2017, the Plaintiffs and the settling defendant Air & Liquid Systems Corp., Successor by merger to Buffalo Pumps, Inc., [hereinafter "Buffalo"] filed a Joint Stipulation of Dismissal with Prejudice, dismissing the case against Buffalo. (See ECF63).

Respectfully Submitted,

s/ Hugh B. McCormick, III, Esq.

Hugh B. McCormick, III, Esq. (VSB #37513)
Robert R. Hatten, Esq. (VSB #12854)
Donald N. Patten, Esq. (VSB #06869)
William W. C. Harty, Esq. (VSB #45447)
Erin E. Jewell, Esq. (VSB #71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue – Suite 300
Newport News, Virginia  23602
*Counsel for Plaintiff*
(757) 223-4500 telephone
(757) 249-3242 facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com

s/ Timothy S. Brunick, Esq.

Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
CLARKE, DOLPH, HULL & BRUNICK, PLC
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
*Counsel for IMO Industries, Inc.*
(757) 466-0464 Phone
(757) 466-0834 Fax
tbrunick@clarkedolph.com

s/ Christopher J. Wiemken, Esq.

Christopher J. Wiemken, Esq.
TAYLOR WALKER, P.C.
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
*Counsel for Crane Co.*
(757) 625-7300 Phone
(757) 625-1504 Fax
cwiemken@taylorwalkerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the _20th_ day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>Brian J. Schneider, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219 | *Counsel for John Crane, Inc.* |

By: /s/ Hugh B. McCormick, III
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA  23602
757.223.4500  Telephone
757.249.3242  Facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*