IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

---

| | |
|---|---|
| **HARRY L. GOODRICH** and : | |
| **AGNES P. GOODRICH,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No.: 4:17cv9 |
| : | |
| **AIR & LIQUID SYSTEMS CORPORATION,** : | |
| *et al.* : | |
| Defendants. : | |

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the plaintiffs, Harry L. Goodrich and Agnes P. Goodrich [hereinafter "Goodrich"] and the defendant Crane Co., by and through their respective counsel, and represent to the Court that all matters in controversy between Goodrich and Crane Co., have been resolved and compromised, and they accordingly stipulate that this action be dismissed pursuant to Federal Rule of Civil Procedure 41, as against Crane Co.  This Joint Stipulation of Dismissal shall apply only to Crane Co.  Each party shall bear its own costs and attorneys' fees in this matter.  This lawsuit shall continue against all other defendants not specifically named herein

                                                    Respectfully submitted,

                                                    This 27th Day of December, 2017.

s/ Hugh B. McCormick, III, Esq.

Hugh B. McCormick, III, Esq. (VSB #37513)
Robert R. Hatten, Esq. (VSB #12854)
Donald N. Patten, Esq. (VSB #06869)
William W. C. Harty, Esq. (VSB #45447)
Erin E. Jewell, Esq. (VSB #71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue – Suite 300
Newport News, Virginia  23602
*Counsel for Plaintiff*
(757) 223-4500 telephone
(757) 249-3242 facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com


s/ Christopher J. Wiemken, Esq.

Christopher J. Wiemken, Esq.
TAYLOR WALKER, P.C.
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
*Counsel for Crane Co.*
 (757) 625-7300 Phone
(757) 625-1504 Fax
cwiemken@taylorwalkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the _27th_ day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>Brian J. Schneider, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219 | *Counsel for John Crane, Inc.* |
| Timothy S. Brunick, Esq.<br>Marilyn Harvey, Esq.<br>**CLARKE, DOLPH, HULL & BRUNICK, PLC**<br>5712 Cleveland St., Ste. 130<br>Virginia Beach, VA 23462<br>(757) 466-0464 Phone<br>(757) 466-0834 Fax<br>tbrunick@clarkedolph.com | *Counsel for IMO Industries, Inc.* |

By:_/s/ Hugh B. McCormick, III_
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA  23602
757.223.4500  Telephone
757.249.3242  Facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*