# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | |
|---|---|
| **HARRY L. GOODRICH and** : | |
| **AGNES P. GOODRICH,** : | |
|  : | |
| Plaintiffs, : | |
|  : | |
| v. : | Civil Action No.: 4:17cv9 |
|  : | |
| **AIR & LIQUID SYSTEMS CORPORATION,** : | |
| *et al.*  : | |
| Defendants. : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the plaintiffs, Harry L. Goodrich and Agnes P. Goodrich [hereinafter "Goodrich"] and the defendant IMO Industries, Inc., by and through their respective counsel, and represent to the Court that all matters in controversy between Goodrich and IMO Industries, Inc., have been resolved and compromised, and they accordingly stipulate that this action be dismissed pursuant to Federal Rule of Civil Procedure 41, as against IMO Industries, Inc.  This Joint Stipulation of Dismissal shall apply only to IMO Industries, Inc.  Each party shall bear its own costs and attorneys' fees in this matter.  This lawsuit shall continue against all other defendants not specifically named herein

Respectfully submitted,

This 9th Day of January, 2018.

s/ Hugh B. McCormick, III, Esq.

Hugh B. McCormick, III, Esq. (VSB #37513)
Robert R. Hatten, Esq. (VSB #12854)
Donald N. Patten, Esq. (VSB #06869)
William W. C. Harty, Esq. (VSB #45447)
Erin E. Jewell, Esq. (VSB #71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue – Suite 300
Newport News, Virginia  23602
*Counsel for Plaintiff*
(757) 223-4500 telephone
(757) 249-3242 facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com

s/ Timothy S. Brunick, Esq.

Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
**CLARKE, DOLPH, HULL & BRUNICK, PLC**
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
(757) 466-0464 Phone
(757) 466-0834 Fax
tbrunick@clarkedolph.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on the _9th_ day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>Brian J. Schneider, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219 | *Counsel for John Crane, Inc.* |

        By:_/s/ Hugh B. McCormick, III_
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Donald N. Patten, Esq. (VSB # 06869)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
F. Alex Coletrane, Esq. (VSB # 78381)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA  23602
757.223.4500  Telephone
757.249.3242  Facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*