IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**HARRY L. GOODRICH**
and **AGNES P. GOODRICH**

        **Plaintiffs,**

v.                                      CIVIL ACTION NO.: 4:17-cv-00009

**JOHN CRANE, INC.**

        **Defendant.**

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, Harry L. Goodrich and Agnes P. Goodrich, and the sole remaining Defendant, John Crane, Inc., by their respective counsel, and pursuant to Rule 41(a)(ii) of *The Federal Rules of Civil Procedure*, jointly and voluntarily request that this Court dismiss this case, with prejudice.

There are no pending counterclaims or cross-claims.

Plaintiffs and Defendant, John Crane, Inc., stipulate to this voluntary dismissal and agree that each party shall bear its own costs and attorney's fees in this matter.

WHEREFORE, the Court hereby grants this Joint Stipulation of Voluntary Dismissal and dismisses this case with prejudice**.**

                                                  Respectfully submitted,
                                                  This 6th day of March, 2019

*WE ASK FOR THIS:*


By: */s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*


*WE ASK FOR THIS:*


By: */s/Eric G. Reeves, Esq.*
Eric G. Reeves, Esq. (VSB #38149)
Brian J. Schneider, Esq. (VSB #45841)
MORAN REEVES & CONN PC
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: 804-424-6250
Facsimile: 804-421-6251
bschneider@moranreevesconn.com
ereeves@moranreevesconn.com
*Counsel for Defendant John Crane, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Brian J. Schneider, Esq.<br>Eric G. Reeves, Esq.<br>Martin A. Conn, Esq.<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA  23219 | *Counsel for John Crane, Inc.* |

By:     */s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*