UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

MAR − 7 2019

HARRY L. GOODRICH
and AGNES P. GOODRICH,

Plaintiffs,

v.

JOHN CRANE, INC.,

Defendant.

Civil No. 4:17cv9

## DISMISSAL ORDER

Upon stipulation of the parties, by counsel, it is hereby **ORDERED** that this action be **DISMISSED**, with prejudice.

The Clerk is **DIRECTED** to provide a copy of this **ORDER** to all parties.

**IT IS SO ORDERED.**

_____
Arenda L. Wright Allen
United States District Judge

March 7th, 2019
Norfolk, Virginia

1